IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **TERESA KIM HASKIN,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:18-cv-00018-O |
| **FREIGHT SYSTEMS, LLC, AND ROBERT TINO TRUJILLO,** | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 16), filed November 2, 2018. The parties request that the above-styled case be dismissed with prejudice. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

It is therefore **ORDERED** that this matter is **DISMISSED with prejudice**. It is further **ORDERED** that each party will bear its own costs of court, attorney's fees, and other expenses.

SO ORDERED on this **2nd day** of **November, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE